# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY CHRISTIE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE SPRINGS AT PACIFIC REGENT, and DOES 1 through 50, inclusive,<br><br>    Defendant. | CASE NO.: 10-CV-1223-MMA-POR<br><br>**ORDER TO REMAND UPON STIPULATION** |

In light of the Stipulation to Remand by and between the parties, it appears that due to the reduced amount in controversy, and that the amount in controversy no longer satisfies the jurisdictional requirements to maintain this action in the United States District Court pursuant to 28 U.S.C. §§ 1332 and 1441, the Court hereby finds good cause to remand this case, and hereby orders that the entire above-captioned action be **REMANDED** to the Superior Court for the State of California for the County of San Diego. The Clerk shall close the file and send the necessary materials to the San Diego County Superior Court for the remand. It is further ordered that this order to remand shall not affect defendant's right to remove the action again if plaintiff tries to avoid the amount in controversy stipulation.

**IT IS SO ORDERED.**

Dated: August 11, 2010

Hon. Michael M. Anello
United States District Judge

-1-

**ORDER TO REMAND**